**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00777-CV

**JOSEPH AND NADIA ABUZAID, Appellants**

**V.**

**MODJARRAD AND ASSOCIATES, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06551**

## ORDER

We **GRANT** appellee's November 1, 2016 unopposed second motion for extension of time to file its brief and extend the time to **DECEMBER 2, 2016**. No further extensions will be granted absent extenuating circumstances.

/s/     CRAIG STODDART
              JUSTICE